# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Timothy E. Moeller, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Zurich American Insurance Company of )<br>Illinois, (NAIC 1535) )<br>)<br>Defendant. )<br>_____ )<br>)<br>Timothy E. Moeller, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Zurich American Insurance Company, )<br>(NAIC 27855) )<br>)<br>Defendant. ) | **ORDER CONSOLIDATING CASES**<br><br>Case No. 4:14-cv-046<br><br><br><br><br><br>Case No. 4:14-cv-050 |

The parties filed have stipulations to consolidate the above-captioned cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Consolidation of these cases would provide the best use of judicial resources. Consequently, the court **ADOPTS** the parties' stipulations (Case No. 4:14-cv-046, Doc. Nos. 9-12; Case No.4:14-cv-050, Doc. Nos. 8-11) and **ORDERS** that the above-captioned cases be in all respects **CONSOLIDATED**. Case No. 4:14-cv-046 shall be designated the lead file in which all future filings shall be made.

Dated this 3rd day of June, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court