## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Timothy E. Moeller, | ) | |
| | ) | **ORDER ADOPTING AMENDED** |
| Plaintiff, | ) | **STIPULATION TO DISMISS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Zurich American Insurance Company of | ) | |
| Illinois, (NAIC 1535), | ) | Case No. 4:14-cv-046 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Timothy E. Moeller, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Zurich American Insurance Company, | ) | |
| (NAIC 27855), | ) | Case No. 4:14-cv-050 |
| | ) | |
| Defendant. | ) | |

Before the court is the "Parties Amended Stipulation to Dismiss Zurich American Insurance Company With Prejudice" filed May 19, 2015. The court **ADOPTS** the stipulation (Docket No. 33) and **ORDERS** plaintiff Timothy E. Moeller's claims against defendant Zurich American Insurance Company **DISMISSED** with prejudice and without costs or fees to either party.

Dated this 19th day of May, 2015.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court